UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-MJ-609 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF DETENTION |
| | ) |
| MUSTAF ABDULLAHI FARAH, | ) |
| a/k/a "Mohamed Ahmed," | ) |
| | ) |
| Defendant. | |

This matter came before the Court on September 22, 2025, for a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1 and upon motion of the government for continued detention pursuant to 18 U.S.C. § 3142(f)(1). Mr. Farah was charged by way of a two-count complaint filed on September 15, 2025, alleging that he possessed with the intent to distribute fentanyl and cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(B), and that he possessed a firearm in furtherance of that drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). Mr. Farah appeared in custody and was represented by his counsel, Frederick Goetz, Esq. The United States was represented by Assistant U.S. Attorney Carla J. Baumel.

**FINDINGS OF FACT**

1. Because Mr. Farah is charged with an offense under the Controlled Substances Act that has a maximum term of imprisonment of 10 years or more, there is a rebuttable presumption that no condition or combination of conditions will reasonably ensure Mr. Farah's appearance in court and the safety of the community. *See* 18 U.S.C.

§ 3142(e)(3).

2.  After considering the presumption of detention, the factors under 18 U.S.C. § 3142(g), the allegations of the complaint, the testimony presented to the Court, and the arguments of the parties, the Court concludes by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community if Mr. Farah is released pending trial.

3.  The nature and circumstances of the instant offense weigh in favor of detention. Mr. Farah is charged with trafficking nearly 18 pounds of cocaine and 3 pounds of fentanyl, destined for distribution in Minnesota. Moreover, Mr. Farah possessed a firearm at his residence. This is a significant quantity of narcotics (according to testimony, in excess of at least $100,000 street value), and the loaded firearm recovered alongside these narcotics highlights the dangerousness attendant to Mr. Farah's drug trafficking activities.

4.  With respect to the weight of the evidence, the prosecution presented unrebutted evidence that Mr. Farah accepted a package destined for his residence during a controlled buy by law enforcement involving four kilograms of cocaine through Fed Ex. The narcotics and firearm seized in this case were taken from Mr. Farah's residence, of which he was the sole occupant. Indicia of distribution was similarly recovered from Mr. Farah's residence. The totality of the evidence presented at the hearing weighs in favor of detention.

5.  The seriousness of the danger to the community is also relevant to the Court's detention decision. The vast quantity of narcotics seized from Mr. Farah's residence, along

with his apparent connection to a large-scale drug trafficking investigation, underscores the potential that this illicit network is wide ranging and organizational in nature.

## CONCLUSIONS OF LAW

Based upon the foregoing, and considering all the factors outlined in 18 U.S.C. § 3142(g), the Court concludes that no condition or combination of conditions will reasonably assure the safety of any person or the community if Mr. Farah is released pending trial. Therefore, Mr. Farah shall be detained pending trial.

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1. The motion of the United States for detention is **GRANTED**;

2. Mr. Farah is committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Mr. Farah shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which Mr. Farah is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated: September 24, 2025

*s/Jon T. Huseby*
JON T. HUSEBY
UNITED STATES MAGISTRATE JUDGE